M. Jean Starcevich (SBN 78298)
770 Lincoln Avenue
San Jose, CA. 95126
Telephone: 408-287-7787
Facsimile: 408-287-8862

Attorney for Plaintiff Ginger Kiernan

Timothy T. Scott (SBN 126971)
Tracy J. Phillips (SB 209505)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 5000
San Francisco, California 94104-1715
Telephone: 415-772-1200
Facsimile: 415-397-4621

Victoria L. Donati (Admitted *Pro Hac Vice*)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602
Telephone: 312-269-8473
Facsimile: 312-269-1747

Attorneys for Defendant Euromarket Designs, Inc.
d/b/a Crate & Barrel

*IT IS SO ORDERED*
*Judge James Ware*

## United States District Court

### Northern District of California, San Jose Division

| | |
|---|---|
| GINGER KIERNAN, | NO. C 03 05695 JW |
| Plaintiff, | **SECOND STIPULATION EXTENDING DEADLINES AS SET FORTH IN COURT'S SCHEDULING ORDER OF AUGUST 12, 2004, AS AMENDED BY ORDER DATED JUNE 13, 2005, AND PROPOSED SECOND ORDER** |
| EUROMARKET DESIGNS, INC. d/b/a CRATE & BARREL, and DOES 1 through 10, | |
| Defendants. | |

**STIPULATION EXTENDING TIME**

WHEREAS, by Stipulation dated June 7, 2005, and Order dated June 13, 2005, the date for expert disclosures was October 11, 2005, with the date of disclosure of rebuttal experts to be made by October 21, 2005, with any motions to exclude an expert or any expert's report to be set for hearing no later than November 21, 2005;

WHEREAS, both plaintiff's counsel and defense counsel have recently engaged in deposition discovery which experts will need to complete their reports as required by Federal Rules of Civil Procedure § 26(a)(2)(B), with more percipient witness depositions to be completed before the end of the year,

The parties have met and conferred and again agreed, subject to the court's approval, to a short continuance of those deadlines and to the following adjusted schedule in this matter and proposal for a new court scheduling order as follows:

A. <u>Disclosure of Expert Witnesses</u>

1. Any party wishing to present expert witness testimony with respect to a claim or defense shall lodge with the Court and serve on all parties, the name, address, qualifications, resume and a written report which complies with Fed.R.Civ.P.(a)(2)(B) on or before **November 15, 2005.**

2. Expert witness disclosure shall be made with respect to a person who is either (a) specially retained or specially employed to provide expert testimony pursuant to Fed.R.Evid. 702 or (b), a regular employee or agent or treating physician who may be called to provide expert opinion testimony.

3. The parties are also required to lodge any supplemental reports to which any expert will testify at trial in accordance with Fed.R.Civ.P. 26(a)(2)(B).

4. Any party objecting to the qualifications of proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2, for hearing no later than **January 9, 2006,** at 9:00 a.m.

B. <u>Rebuttal Expert Witnesses</u>

_____5. If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proffering a rebuttal expert shall make the disclosures required by Fed.R.Civ.P. 26(a)(2)(B), no later than **November 29, 2005.**

C. Limitation on Testimony by Expert Witnesses

_____6. Unless the parties enter into a written stipulation otherwise, upon timely objection, an expert witness shall be precluded from testifying about any actions or opinions not disclosed prior to the expert's deposition. This is to ensure that all factual material upon which expert opinion may be based and all tests and reports are completed prior to the expert deposition. Unless application is made prior to the close of expert discovery, each party will be limited to calling only one expert witness in each discipline involved in the case.

D. Close of Discovery

_____**7.** Pursuant to Civil L.R. 26-2, all discovery, including supplemental disclosure, depositions of expert witnesses, must be completed by **January 24, 2006.**

E. Last date for Hearing Dispositive Motions

_____8. The last day for hearing dispositive motions is **February 20, 2006,** at 9:00 a.m. Any motions must be noticed in accordance with the Local Rules of this Court.

F. Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order

9. The attorneys who will try to the case are ordered to confer with one another and to file and lodge with Chambers on **March 10, 2006,** a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order, stating their readiness for trial, the amount of which in which the Court should allocate for trial and the calendar period for the trial. Ordinarily, depending on the length of the trial the Court will set the trial during a calendar period approximately three to four months after the Preliminary and Trial Setting Conference. In the Statement discussed in this paragraph, the parties should show any cause why the case should be advanced or delayed beyond this period.

10. The attorneys who will try to the case are ordered to appear on **March 20, 2006,** at 11:00 a.m. for a Preliminary Pretrial and Trial Setting Conference.

1  11. With respect to the time allocation for trial, at the Preliminary Pretrial and Trial Setting Conference trial counsel will be asked to stipulate to a time allocation to each side for the trial of the case. Once a stipulated allocation has been entered, the parties must plan their presentations to conform to the stipulated time allocation.

12. With respect to the calendar period for trial, based on the time allotted to the case, a calendar period for trial will be set. In the event it becomes necessary to delay the start of trial because of the Court's calendar, the commencement date will trail from day-to-day until the other matter is concluded or further order of court.

SO STIPULATED:

DATED: _____                     _____
                                          M. JEAN STARCEVICH, Attorney
                                          for Plaintiff GINGER KIERNAN


                                          NEAL, GERBER & EISENBERG LLP


DATED: _____                     _____
                                          By: Victoria L. Donati

                                          Timothy T. Scott
                                          Tracy J. Phillips
                                          Sidley Austin Brown & Wood

                                          Attorneys for Defendant
                                          EUROMARKET DESIGNS, INC.
                                          d/b/a CRATE & BARREL

Stipulation to Extend Time                                    Case No. C 03 05695 JW
& Proposed Order                       4

**AMENDED SCHEDULING ORDER**

Upon reading the stipulation of the parties and good cause appearing therefore, the court hereby adopts the amended schedule as proposed by the parties and issues an Amended Scheduling Order in accordance with the time deadlines as set forth in that stipulation.

DATED: 10/27/05  
_____  
HONORABLE JAMES WARE,  
JUDGE OF THE UNITED STATES DISTRICT COURT