**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ginger Kiernan,<br><br>      Plaintiff,<br>  v.<br><br>Euromarket Designs, Inc., et al.,<br><br>      Defendants.<br>_____/ | NO. C 03-05695 JW   JW<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO BAR CERTAIN OF PLAINTIFF'S EXPERTS** |

     Pursuant to Local Rule 7-1(b), Defendants' Motion to Bar Certain of Plaintiff's Experts is deemed submitted. Accordingly, the Court vacates the hearing on this motion presently scheduled for **January 9, 2006 at 9 a.m.**

Dated: January 3, 2006

                                                  *James Ware*
                                           JAMES WARE
                                           United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Lauren Richman Crane lcrane@ngelaw.com
M. Jean Starcevich jstarcevich@pacbell.net
Robert Myles Tobin sjhlaw@aol.com
Timothy T. Scott tscott@sidley.com
Tracy J. Phillips tphillips@sidley.com
Victoria Lyne Donati vdonati@ngelaw.com

Dated: January 3, 2006                              Richard W. Wieking, Clerk

                                                    By:   /s/ JW Chambers
                                                          **Melissa Peralta**
                                                          **Courtroom Deputy**