1  M. Jean Starcevich (SBN 78298)
   770 Lincoln Avenue
2  San Jose, CA 95126
   Telephone:    408-287-7787
3  Facsimile:    408-287-8862

4  Timothy T. Scott (SBN 126971)
   SIDLEY AUSTIN LLP
5  555 California Street, Suite 2000
   San Francisco, California 94104-1715
6  Telephone:    415-772-1200
   Facsimile:    415-772-7400
7  tscott@sidley.com

8  Victoria L. Donati (*admitted Pro Hac Vice*)
   Neal, Gerber & Eisenberg LLP
9  Two North LaSalle Street, Suite 2200
   Chicago, IL  60602-3801
10 Telephone:    312-269-8000
   Facsimile:    312 269-3016
11 vdonati@ngelaw.com

12 Attorneys for Defendant Euromarket Designs, Inc.,
   d/b/a Crate and Barrel

13

                    UNITED STATES DISTRICT COURT
14                       NORTHERN DISTRICT
                         SAN JOSE DIVISION
15

16 GINGER KIERNAN,                    Case No.  C 03 05695 JW

17              Plaintiff,            **FOURTH STIPULATION EXTENDING
                                      DEADLINES SET FORTH IN COURT'S**
18 v.                                 **SCHEDULING ORDER OF AUGUST 12,
                                      2004, AS AMENDED BY ORDERS**
19 EUROMARKET DESIGNS, INC. d/b/a     **DATED JUNE 13, 2005, OCTOBER 27,
   CRATE AND BARREL, and DOES 1       2005, AND DECEMBER 7, 2005; AND**
20 through 10,                        **[PROPOSED] AMENDED
                                      SCHEDULING ORDER**
21              Defendants.

22

23              **STIPULATION EXTENDING TIME**

24         WHEREAS, by Stipulation dated December 7, 2005, and Order dated December 7, 2005, this

25 Court set various dates for the disclosure of expert witnesses and rebuttal expert witnesses, motions

26 to exclude expert witnesses on the basis of their qualifications, and certain other pretrial deadlines;

27         WHEREAS, both counsel for Plaintiff Ginger Kiernan and counsel for Defendant

28 Euromarket Designs, Inc., d/b/a Crate and Barrel have been actively engaged in completing the

1   required disclosures and applicable discovery, and obtaining information required by the applicable

2   rebuttal expert witnesses, if any, to complete their reports as required by Rule 26(a)(2)(B) of the

3   Federal Rules of Civil Procedure; and

4        WHEREAS, the parties have now agreed to enter into private mediation, with the assistance

5   of JAMS, before Judge Edward Infante, with a mediation conference scheduled for March 9, 2006,

6   which was the first available date for the selected mediator and the parties, along with their

7   respective counsel.

8        NOW, THEREFORE, the parties have met and conferred and again agreed, subject to this

9   Court's approval, to a short continuance and adjustment of the remaining deadlines and to a proposal

10  for entry of a new Scheduling Order, as follows:

11                    **A.    Rebuttal Expert Witnesses**

12       1.    If the testimony of the expert is intended solely to contradict or rebut opinion

13  testimony on the same subject matter identified by another party, the party proferring a rebuttal

14  expert shall make the disclosures required by Fed.R.Civ.P. 26(a)(2)(B), no later than **January 13,**

15  **2006.** (This has been completed, but for the report of Defendants' rebuttal experts, which will be

16  forthcoming, but was delayed as Plaintiff's examination took place on January 12, 2006.)

17              **B.    Limitation on Testimony by Expert Witnesses**

18       2.    Unless the parties enter into a written stipulation otherwise, upon timely objection, an

19  expert witness shall be precluded from testifying about any actions or opinions not disclosed prior to

20  the expert's deposition.  This is to ensure that all factual material upon which expert opinion may be

21  based and all tests and reports are completed prior to the expert deposition.  Unless application is

22  made prior to the close of expert discovery, each party will be limited to calling only one expert

23  witness in each discipline involved in the case.

24                         **C.    Close of Discovery**

25       3.    Pursuant to Civil L.R. 26-2, all discovery, including supplemental disclosure,

26  depositions of expert witnesses, must be completed by **April 10, 2006.**

27

28

Fourth Stipulation to Extend Time                                    Case No. C 03-05695 JW
and [Proposed] Amended Scheduling Order

SF1 1427257v.1

### D.      Last Date for Hearing Dispositive Motions

4.       The last day for hearing dispositive motions is **May 15, 2006,** at 9:00 a.m.   Any motions must be noticed in accordance with the Local Rules of this Court.

### E.      Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order

5.       The attorneys who will try to the case are ordered to confer with one another and to file and lodge with Chambers on **June 2, 2006,** a Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order, stating their readiness for trial, the amount of which in which the Court should allocate for trial and the calendar period for the trial.   Ordinarily, depending on the length of the trial the Court will set the trial during a calendar period approximately three to four months after the Preliminary and Trial Setting Conference.   In the Statement discussed in this paragraph, the parties should show any cause why the case should be advanced or delayed beyond this period.

6.       The attorneys who will try to the case are ordered to appear on **June 12, 2006,** at 11:00 a.m. for a Preliminary Pretrial and Trial Setting Conference.

7.       With respect to the time allocation for trial, at the Preliminary Pretrial and Trial Setting Conference trial counsel will be asked to stipulate to a time allocation to each side for the trial of the case.   Once a stipulated allocation has been entered, the parties must plan their presentations to conform to the stipulated time allocation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3

Fourth Stipulation to Extend Time
and [Proposed] Amended Scheduling Order

Case No. C 03-05695 JW

SF1 1427257v.1

1      8.      With respect to the calendar period for trial, based on the time allotted to the case, a

2  calendar period for trial will be set.  In the event it becomes necessary to delay the start of trial

3  because of the Court's calendar, the commencement date will trail from day-to-day until the other

4  matter is concluded or further order of court.

5

6  SO STIPULATED:

7  DATED:  January 24, 2006             By: /S/_____

8                             M. Jean Starcevich
                             Attorney for Plaintiff GINGER KIERNAN

9

10  DATED:  January 24, 2006            SIDLEY AUSTIN LLP

11

12                        By: /S/_____
                             Timothy T. Scott

13

14                             Victoria L. Donati
                             NEAL, GERBER & EISENBERG LLP

15                             Attorneys for Defendant
                             EUROMARKET DESIGNS, INC.

16                             d/b/a CRATE AND BARREL[1]

17

18

19

20

21

22

23

24

25

26

27  _____
  [1]  We attest that concurrence in the filing of this document has been obtained from each of the other signatories.

28

1

## [PROPOSED] AMENDED SCHEDULING ORDER

2          Upon reading the stipulation of the parties and good cause appearing therefore, the Court

3   hereby adopts the amended schedule as proposed by the parties and issues an Amended Scheduling

4   Order in accordance with the time deadlines as set forth in that stipulation.

5   PURSUANT TO STIPULATION, IT IS SO ORDERED.

6   DATED: __January 26, 2006_____          _____

7                                                 HONORABLE JAMES WARE
                                                  JUDGE OF THE UNITED STATES
8                                                 DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Fourth Stipulation to Extend Time                                    Case No. C 03-05695 JW
and [Proposed] Amended Scheduling Order

SF1 1427257v.1