1  M. Jean Starcevich (SBN 78298)
   770 Lincoln Avenue
2  San Jose, CA. 95126
   Telephone:  408-287-7787
3  Facsimile:  408-287-8862

4  Robert M. Tobin (SBN 64667)
   1485 Park Avenue
   Suite 200
5  San Jose, CA. 95126
   Telephone:  408-275-6967
6  Facsimile:  408-275-8872

7  Attorneys for Plaintiff Ginger Kiernan

8  Timothy T. Scott (SBN 126971)
   SIDLEY AUSTIN BROWN & WOOD LLP
   555 California Street, Suite 5000
9  San Francisco, California 94104-1715
   Telephone:  415-772-1200
10 Facsimile:  415-397-4621

11 Victoria L. Donati (Admitted *Pro Hac Vice*)
   Neal, Gerber & Eisenberg LLP
12 Two North LaSalle Street
   Suite 2200
13 Chicago, Illinois 60602
   Telephone:  312-269-8473
   Facsimile:  312-269-1747
14
   Attorneys for Defendant Euromarket Designs, Inc.
15 d/b/a Crate & Barrel

**IT IS SO ORDERED**
*James Ware*
Judge James Ware
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California, San Jose Division

| | |
|---|---|
| GINGER KIERNAN,<br><br>　　　　　Plaintiff,<br><br>EUROMARKET DESIGNS, INC.<br>d/b/a CRATE & BARREL, and<br>DOES 1 through 10,<br><br>　　　　　Defendants. | NO. C 03 05695 JW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER<br><br><br>Trial Date:  None set |

Stipulation for Dismissal with
Prejudice & [Proposed] Order

Case No. C 03 05695 JW

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to a Settlement Agreement and General Release executed by the parties, the undersigned by and through their counsel of record stipulate to the following:

Any and all claims asserted by plaintiff Ginger Kiernan in this action are hereby dismissed with prejudice pursuant to FRCP 41(a)(1);

There being no counter-claims, this matter is concluded.

SO STIPULATED:

DATED: 4/26/06

_____
M. JEAN STARCEVICH, Attorney
for Plaintiff GINGER KIERNAN

NEAL, GERBER & EISENBERG LLP

DATED: 5/1/06

_____
By: Victoria L. Donati

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 05/09/06

_____
HONORABLE JAMES WARE,
JUDGE OF THE UNITED STATES
DISTRICT COURT

Stipulation for Dismissal with
Prejudice & [Proposed] Order

2

Case No. C 03 05695 JW